UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRESCENT TOWING & SALVAGE CO., INC., & COOPER CONSOLIDATED, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4207** |
| **M/V CHIOS BEAUTY** | **SECTION "K"(5)** |

### ORDER AND OPINION

Before the Court is the "Motion *In Limine* as to Dr. Haruzo Eda's Comments and Conclusions Based on United States Coast Guard AIS Data" filed on behalf of plaintiffs Crescent Towing & Salvage Company, Inc. and Cooper Consolidated, Inc. (Doc. 195). The motion is **DENIED**.

In the Scheduling Order issued on September 13, 2007, the Court established June 10, 2008, as the deadline for filing "[a]ll pretrial motions, including motions *in limine* regarding the admissibility of expert testimony (Daubert)" and stated that "[a]ny motions filed for hearing in violation of this order shall be deemed waived unless good cause has been shown." (Doc. 82). Thereafter in a minute entry entered on May 8, 2008, the Court reiterated "that all dispositive motions (including *Daubert* motions) must be filed by **June 10, 2008,** for the **June 25, 2008**, hearing date.  Late filed motions will not be accepted." (Doc. 140).

Now in a motion filed almost one month after the Court imposed deadline for filing *Daubert* motions, plaintiffs seek to exclude certain testimony by Dr. Haruzo Eda on *Daubert* grounds. Plaintiffs offer no explanation for their failure to file the motion timely.  Accordingly, plaintiffs have waived their objections to Dr. Eda's testimony; the motion is DENIED.

New Orleans, Louisiana, this 17th day of July, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE
