UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CRESCENT TOWING SALVAGE CO.,**            **CIVIL ACTION**
**INC., & COOPER CONSOLIDATED, INC.**

**VERSUS**            **NO. 05-4207**

**M/V CHIOS BEAUTY**            **SECTION "K"(5)**

### ORDER AND REASONS

Before the Court are a Motion in Limine (Doc. No. 207) filed by Chios Beauty Shipping & Trading S. A. and Plaintiffs' Objections to Defendants' Exhibits (Doc. 210). Having reviewed the pleadings, exhibits and the relevant law the Court rules as follows:

**Motion in Limine    Doc. 207**

**P-4 and P-26**

Defendants objected to drawings made by James Denny and Captain Ranna during their depositions.

**IT IS ORDERED** that these objections are **OVERRULED**. The drawings are relevant and were prepared closer in time to the accident.

**P-7**

Defendant objects to correspondence from Denny to Landry with attached "Mandy Opinion of Probable Cost."

**IT IS ORDERED** that the objection is **OVERRULED**.

### P-38

Defendant objects to a photo of CHIOS BEAUTY.  However, while it was listed in the motion, it was not specifically addressed and as such it is considered waived.  Accordingly,

**IT IS ORDERED** that the objection is **OVERRULED**.

### P-42

Defendant objects to an internet document addressing the potential sale of CHIOS BEAUTY.

**IT IS ORDERED** that the objection is **OVERRULED**.

### P-85 and P-86

Defendants object to documents referring to the AIS system from Coast Guard website on July 2, 2008.

**IT IS ORDERED** that these objections are **OVERRULED** subject to plaintiff establishing the temporal relevance of the documents pursuant to F.R.E. 803(8).

### P-88

Defendant objects to the Mississippi River surge data from Corps of Engineers' website.

**IT IS ORDERED** that the objection is **OVERRULED**; however, this exhibit may be used only in connection with expert testimony which relied on this exhibit in rendering an opinion or opinions.

### P-101 and P-102

Defendant objects to certain written transcripts. Plaintiff withdrew Exhibit P-102. Defendant withdrew objection to Exhibit P-101. Accordingly,

**IT IS ORDERED** that these objections are **MOOT**.

### P-116

Defendant objects to certain damage documentation.

**IT IS ORDERED** that the objection is **OVERRULED**. Defendant will have the opportunity to cross-examine plaintiff as to each and every item contained in the estimate, the number of estimates obtained and any other relevant matter pertaining to exhibit.

### P-59

Defendant objects to the statement by Timofei Sorin, crew member of CHIOS BEAUTY.

**IT IS ORDERED** that this objection is **MOOT** as the exhibit was withdrawn.

### Portions of Andrew Hakes Deposition

The Court has reviewed the testimony presented.

**With respect to:**

Line 25 at p. 14          **IT IS ORDERED** that line 25 beginning at "and" is **STRICKEN.**

Line 1 at p. 15           **IT IS ORDERED** that line 1 is **STRICKEN**.

Line 6, from "They" through
Line 8 at p. 15           **IT IS ORDERED** that these lines are **STRICKEN.**

Line 14-15 at p. 43

3

"This is not damage from parting in my opinion."

                            **IT IS ORDERED** that these lines are **STRICKEN**.

Line 1-25 at p. 44        **IT IS ORDERED** that these lines are **STRICKEN.**

The testimony of this witness in so far as his observations which do not require any scientific, technical or other specialized knowledge is admissible under F.R.E. 701 and as such will be allowed. The Court finds that the material stricken above does not meet those parameters.

**Plaintiffs' Objections to Defendants' Exhibits (Doc. 210)**

    **D-61**

Plaintiff objects to the statement of particular average prepared by Harry Parathyras.

**IT IS ORDERED** that the objection is **OVERRULED** assuming that a proper foundation is laid and that it is introduced through the testimony of a person with personal knowledge which the Court assumes will be Harry Parathyras.

    **D-56, D-60, D-68, D-70**

Plaintiff objects to various documents concerning alleged damages to the CHIOS BEAUTY.

**IT IS ORDERED** that the objections are **OVERRULED** assuming that a proper foundation is laid pursuant to F.R.E. 803(6).

New Orleans, Louisiana, this __23rd__ day of July, 2008.

                                                      STANWOOD R. DUVAL, JR.
                                        UNITED STATES DISTRICT COURT JUDGE