# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRESCENT TOWING SALVAGE CO., INC., & COOPER CONSOLIDATED, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4207** |
| **M/V CHIOS BEAUTY** | **SECTION "K"(5)** |

## ORDER

Before the Court is the "Motion for New Trial and/or to Alter and Amend Order and Judgment" filed on behalf of plaintiff in intervention Michael Domangue (Rec. Doc. 206) in which he challenges the Court's Order and Opinion dismissing his claim (Rec. Doc. 197). The Court has been advised that counsel for Michael Domangue and counsel for Crescent Towing & Salvage Co. Inc., have reached a stipulation that if Crescent Towing & Salvage Co, Inc. prevails on its claim for salvage in the captioned action that Michael Domangue will receive ten percent (10%) of that award. Considering that stipulation, Mr. Domangue's motion for new trial is denied as moot.

New Orleans, Louisiana, this 13th day of August, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE