UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRESCENT TOWING & SALVAGE CO., INC., & COOPER CONSOLIDATED, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4207** |
| **M/V CHIOS BEAUTY, her engines, boilers, tackle, apparel, etc., IN REM** | **SECTION "K"(5)** |

### ORDER AND OPINION

Before the Court is the "Motion to Enforce Court Order and Compel Surety Bond" filed on behalf of plaintiff Crescent Towing & Salvage, Inc. (Doc. 252). Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, DENIES the motion.

In its Order and Opinion filed August 14, 2008 (Doc. 233) the Court ordered defendant Chios Beauty Shipping and Trading, S.A. (Chios Shipping) or its authorized representative to "post security in the amount of $5,500,000.00 within 15 days of the entry of [that] order." To date, Chios Shipping has failed to post the court ordered security. Plaintiff now seeks an order that American Owners Mutual Protection and Indemnity Association, Inc., the entity which issued the original letter of undertaking in connection with plaintiff's claim, immediately post a surety bond in the amount of $5,500,000.00 plus interest from the date of judgment until paid. Plaintiff also seeks sanctions against Chios Shipping for failing to comply with the Court's order regarding the posting of security.

Following the entry of the August 14, 2008 Order and Opinion, defendants filed a "Motion for New Trial and/or to Alter or Amend Judgment" challenging, among other things, the Court's findings with respect to liability, the quantum of damages, the $5,500,000.00 value assigned to the

M/V CHIOS BEAUTY, and the rate of post-judgment interest. Additionally, the plaintiffs filed a motion challenging the Court's conclusion that the total amount of the judgments that could be enforced against the M/V CHIOS BEAUTY *in rem* was $5,500,000.00. Given the pendency of those motions, the Court concludes that Chios Shipping acted reasonably in failing to post the Court ordered security. Accordingly, the motion is DENIED

However, because all pending motions have now been ruled upon, the Court orders Chios Beauty or its authorized representative to post security in the amount of $5,500,000.00 not later than January 6, 2009.

New Orleans, Louisiana, this 22nd day of December, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE