# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRESCENT TOWING SALVAGE CO., INC. & COOPER CONSOLIDATED, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4207** |
| **M/V CHIOS BEAUTY, her engines, boilers, tackle, apparel, etc., IN REM** | **SECTION "K"(5)** |

## ORDER AND OPINION

Before the Court is the "Motion to Amend Judgment Pursuant to Rule 60(b)" filed on behalf of plaintiffs Crescent Towing & Salvage, Co., Inc. and Cooper T. Smith Stevedoring Co., Inc. (Doc. 253). Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, GRANTS the motion.

Plaintiffs seek to amend the judgment filed on August 15, 2008, to delete from the damages award and the total amount of the judgment $1,387.65 in U.S. Marshal's fees incurred by plaintiff Crescent Towing & Salvage Co., Inc. and to correct a mathematical error in the judgment. Defendant has no opposition to the motion.

The parties have agreed that the $1,387.65 in U.S. Marshal's fees should be taxed as court costs rather than awarded as damages, and the Court concurs with that decision. Accordingly, the Court will amend the judgment to delete this item.

Moreover, the Court acknowledges that it made an inadvertent mathematical error in determining the total amount of damages awarded to plaintiff Crescent Towing & Salvage Co., Inc. Having deleted the award of U.S. Marshal's fees from the award of damages, the proper total for the damages awarded to plaintiff Crescent Towing & Salvage Co., Inc. is $4,726,601.15. The

judgment will be amended accordingly.

      New Orleans, Louisiana, this 22nd day of December, 2008.

                                            STANWOOD R. DUVAL, JR.
                                          UNITED STATES DISTRICT JUDGE